1012 

[No. 44332-5-II. Division Two. October 21, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. DWAYNE PAUL STEWART, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03578-6, Linda CJ Lee, J., entered December 21, 2012. *Dismissed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 44573-5-II. Division Two. October 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN EVAN GRIFFITHS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-00616-8, Chris Wickham, J., entered March 7, 2013. *Reversed* and *remanded* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[No. 44810-6-II. Division Two. October 21, 2014.]

BIG BLUE CAPITAL PARTNERS OF WASHINGTON, LLC, *Appellant*, v. NORTHWEST TRUSTEE SERVICES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-00041-2, Christine Schaller, J., entered April 1, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[No. 44853-0-II. Division Two. October 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. PETE EVERT ESSEX, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 13-1-00015-4, Brian P. Altman, J., entered April 11, 2013. *Remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee, J., and Hunt, J. Pro Tem.